LAW OFFICES
# CHRISTOPHER MADIOU

50 BROAD STREET　　　　　　　　　　　　　　　　　　　　　　　　　　P (917) 408 - 6484
SUITE 1609　　　　　　　　　　　　　　　　　　　　　　　　　　　　　F (212) 571 - 9149
NEW YORK, NY 10004　　　　　　　　　　　　　　　　　　　　　　CHRIS@MADIOULAW.COM

WWW.MADIOULAW.COM

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2022

January 19, 2022

Hon. Valerie E. Caproni
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
*By ECF*



Re:     *United States v. Antoine Wright*, 21 Cr. 603 (VEC)

Dear Judge Caproni,

    I represent Antoine Wright in the above-mentioned case. Mr. Wright is currently released on bail with standard conditions, including travel restricted to the District of Nevada, where he resides, and the Eastern and Southern Districts of New York.

    I write with consent from the Government and Pretrial Services to respectfully request modification of those conditions to permit Mr. Wright to travel to Apple Valley, California to watch his daughter play basketball from January 26th to the 27th. If approved, Mr. Wright will provide pretrial services with his travel itinerary.

    Thank you in advance for your consideration.

                             Sincerely,

                             Christopher Madiou

Cc:     AUSAs Ryan Finkel and Kristy Greenberg (via ECF)

---

Application GRANTED.

SO ORDERED.

*[signature]*

Date: January 19, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE