LAW OFFICES
# CHRISTOPHER MADIOU

| 50 BROAD STREET | P (917) 408 - 6484 |
| --- | --- |
| SUITE 1609 | F (212) 571 - 9149 |
| NEW YORK, NY 10004 | CHRIS@MADIOULAW.COM |

WWW.MADIOULAW.COM

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/13/2022

June 13, 2022

Hon. Valerie E. Caproni
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
*By ECF*

**MEMO ENDORSED**

      Re:    *United States v. Antoine Wright*, 21 Cr. 603 (VEC)

Dear Judge Caproni,

    I represent Antoine Wright in the above-mentioned case. Mr. Wright is currently released on bail with standard conditions, including travel restricted to the District of Nevada, where he resides, and the Eastern and Southern Districts of New York.

    I write with consent from the Government and Pretrial Services to respectfully request modification of those conditions to permit Mr. Wright to travel by car to Zion, Utah from June 17th to the 20th to celebrate Father's Day with his family. If approved, Mr. Wright will provide pretrial services with his travel itinerary 48 hours in advance of leaving.

    Thank you in advance for your consideration.

                                     Sincerely,

                                     Christopher Madiou

Cc:    AUSAs Ryan Finkel and Kristy Greenberg (via ECF)

---

Application GRANTED.

SO ORDERED.

*/s/ Valerie Caproni*

Date: June 13, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE