

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2023
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 29, 2023

**BY ECF**
Hon. Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 443
New York, NY 10007

Re:   *United States v. Wright*, S2 21 Cr. 603 (VEC)

Dear Judge Caproni:

The Government writes in response to the Court's order. The parties do not object to the unsealing of the above-captioned case.

The Government is available to address any questions the Court may have.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/_____
Ryan B. Finkel
Daniel G. Nessim
Assistant United States Attorneys
(212) 637-6612/-2486

---

The Clerk of Court is respectfully directed to unseal this matter in its entirety.

SO ORDERED.

*[signature]* 11/30/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE