UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA                   :
                                           :
    -against-                              :    21-CR-603 (VEC)
                                           :
ANTOINE WRIGHT,                            :    SEALED ORDER
                                           :
                        Defendant.         :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 21, 2023, the parties requested that the Court schedule a sentencing hearing in this matter.

IT IS HEREBY ORDERED that Mr. Wright will be sentenced on **Tuesday, March 19, 2024, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The parties' sentencing submissions are due on **March 5, 2024**. Not later than **December 1, 2023**, the parties must show cause why this matter should not be unsealed in light of Mr. Wright's public testimony.

**SO ORDERED.**

Date: November 27, 2023
New York, NY

**VALERIE CAPRONI**
**United States District Judge**